In the Matter of PCK DEVELOPMENT COMPANY, LLC, Appellant, v ASSESSOR OF THE TOWN OF ULSTER et al., Respondents. (And Two Other Related Proceedings.)

Submitted December 27, 2005; decided February 21, 2006

Motion by the Upstate New York Chapter of the Appraisal Institute for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit of Susan Baldwin is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ALLEN, Appellant.

Submitted February 14, 2006; decided February 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIUS FORT, Appellant.

Submitted January 3, 2006; decided February 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal proceeding (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARRERO, Also Known as JOSE MORRERO, Appellant.

Submitted January 30, 2006; decided February 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).